**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 741 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 169 MDA 2017 entered on October |
| | : | 13, 2017, **affirming** the PCRA Order |
| RANDY TAFT, | : | of the Tioga County Court of Common |
| | : | Pleas at No. CP-59-CR-0000152- |
| Petitioner | : | 1987 entered on January 29, 2016 |

## ORDER

**PER CURIAM**                                                   **DECIDED:  MARCH 21, 2018**

**AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for further consideration, in light of *Commonwealth v. Chmiel*, 2017 LEXIS 3097 (Pa. 2017).

Justice Mundy did not participate in the consideration or decision of this matter.